**FILED**
November 19, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                              )<br>          Plaintiff,                               )<br>v.                                                         )<br>                                                              )<br>LUKE SMITH,                                  )<br>                                                              )<br>          Defendant.                          ) | Case No. MAG. 07-0362 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LUKE SMITH, Case No. MAG. 07-0362 DAD, Charge Violation Petition, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　X   Release on Personal Recognizance

　　　__   Bail Posted in the Sum of $_____

　　　　　__   Unsecured Appearance Bond

　　　　　__   Appearance Bond with 10% Deposit

　　　　　__   Appearance Bond with Surety

　　　　　__   Corporate Surety Bail Bond

　　　　　__   (Other) _____

_____

Issued at  Sacramento, CA  on  November 19, 2007  at  2:39  pm.

By   /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge